No. 99–6018 (A–182).  LEISURE *v.* MISSOURI ET AL.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS would grant the application for stay of execution.

SEPTEMBER 8, 1999

No. A–210 (O. T. 1999).  ARKANSAS ABOLITIONIST COMMITTEE *v.* ARKANSAS.  Application for stay of execution of sentence of death of Alan Willett, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this application.

SEPTEMBER 9, 1999

No. A–189 (99–6035).  TAYLOR *v.* CAIN, WARDEN.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay shall terminate automatically.  In the event the petition for writ of certiorari is granted, the stay shall continue pending the sending down of the judgment of this Court.

SEPTEMBER 10, 1999

No. A–962.  ROQUEMORE *v.* RICE, WARDEN, ET AL.  Application for certificate of appealability, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. 98–405.  RENO, ATTORNEY GENERAL *v.* BOSSIER PARISH SCHOOL BOARD; and
No. 98–406.  PRICE ET AL. *v.* BOSSIER PARISH SCHOOL BOARD.  D. C. D. C.  [Probable jurisdiction noted, 525 U. S. 1118.]  Motion of the Solicitor General for divided argument granted.